Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
2022 JAN -3 PM 12:00

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>PLAINTIFF<br>v.<br>Joshua Tyler<br>USMS# 46977-112<br>DEFENDANT | CASE NUMBER: 2:08-CR-00269-DSF-1<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on __12/30/21__ at __145__ ☐ AM ☒ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   __18 USC 3583 SUPERVISED RELEASE VIOLATION__

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: ____

7. Year of Birth: __1984__

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: ____  Phone Number: ____

9. Name of Pretrial Services Officer notified: __DUTY OFFICER__

10. Remarks (if any): ____

11. Name: __T. STOVALL__ (please print)

12. Office Phone Number: __213-620-7676__    13. Agency: __U.S. MARSHALS__

14. Signature: ____    15. Date: __1/3/22__

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION