

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No.: CR 08-269-DSF
                            )
            Plaintiff,      )
                            )
    vs.                     )   ORDER OF DETENTION AFTER HEARING
        TYLER               )   [Fed.R.Crim.P. 32.1(a)(6);
JOSHUA JOSEPH ~~DIER~~      )   18 U.S.C. 3143(a)]
                            )
            Defendant.      )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist, CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release], and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior absconding violation; nature of alleged violation indicates may be not amenable to supervision; no bail resources at moment

```
 1  _____
 2  _____
 3  _____
 4       and/or
 5  B.  ( )  The defendant has not met his/her burden of establishing by
 6       clear and convincing evidence that he/she is not likely to pose
 7       a danger to the safety of any other person or the community if
 8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9       on:_____
10  _____
11  _____
12  _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   1/3/22
18
19                                      _____
20                                      UNITES STATES MAGISTRATE JUDGE
                                        PAUL L. ABRAMS
```

2